# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF SEALESTA
BOOKER CARNES

NO. 2021 CW 1404

**JANUARY 31, 2022**

In Re:   Thomasina C. Boatner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 107551.

BEFORE:   **McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT